

# Missouri Court of Appeals
## Southern District

## FEBRUARY 5, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33370

      Re:    KODY N. THOMPSON,
             Petitioner-Appellant,
             v.
             DIRECTOR OF REVENUE, STATE
             OF MISSOURI,
             Respondent-Respondent.